No. 933. IN THE MATTER OF PETITION OF ETHYL M. SHIBE FOR WRIT OF PROHIBITION TO THE ORPHANS' COURT OF PHILADELPHIA COUNTY AND TO LEWIS H. VAN DUSEN.

March 30, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Ethyl M. Shibe, pro se.*